No. 96–1055. PARAGON PROPERTIES CO. *v.* CITY OF NOVI. Sup. Ct. Mich. Certiorari denied.

No. 96–1056. WORD OF FAITH WORLD OUTREACH CENTER CHURCH ET AL. *v.* SAWYER ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1061. MADRIL *v.* GALLEGO. Ct. App. Ariz. Certiorari denied.

No. 96–1063. PETTCO ENTERPRISES, INC., ET AL. *v.* WHITE ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1066. BEGIER *v.* BEGIER. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–1069. HEALOW *v.* ANESTHESIA PARTNERS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1070. FELTNER *v.* MCA TELEVISION, LTD. C. A. 11th Cir. Certiorari denied.

No. 96–1072. ROBB *v.* MISSISSIPPI BAR. Sup. Ct. Miss. Certiorari denied.

No. 96–1079. TREVINO *v.* GATES ET AL.; and
No. 96–1229. GATES ET AL. *v.* TREVINO. C. A. 9th Cir. Certiorari denied. Reported below: 99 F. 3d 911.

No. 96–1084. MOREHEAD *v.* ATKINSON-KIEWIT, J. V., ET AL.; and DIGIOVANNI *v.* TRAYLOR BROTHERS, INC. C. A. 1st Cir. Certiorari denied.

No. 96–1085. MCLEMORE ET AL. *v.* BRANCH BANKING & TRUST CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1092. CRAWFORD ET AL. *v.* LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1096. BAHETH ET AL. *v.* GUARANTY BANK & TRUST CO., NKA REGIONS BANK, ET AL. C. A. 5th Cir. Certiorari denied.